**SAMINI BARIC KATZ LLP**
Bobby Samini, Esq. (SBN 181796)
Michael Katz, Esq. (SBN 181728)
Steve Baric, Esq. (SBN 200066)
John S. Oney IV, Esq. (SBN 338596)
650 Town Center Drive, Suite 1500
Costa Mesa, CA 92626
Telephone: (949) 724-0900
Fax: (949) 724-0901
Email: bobby.samini@sbklawyers.com
Email: michael.katz@sbklawyers.com
Email: steve.baric@sbklawyers.com
Email: john.oney@sbklawyers.com

*Attorneys for Plaintiffs Jane Roe 1 and Jane Roe 2*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE 1, an individual, JANE ROE 2, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>INTERNATIONAL CHURCHES OF CHRIST, INC., a California nonprofit corporation; THE INTERNATIONAL CHRISTIAN CHURCH, INC., a California nonprofit corporation; HOPE WORLDWIDE, LTD., a Delaware nonprofit corporation; MERCYWORLDWIDE, a California nonprofit corporation; CITY OF ANGELS INTERNATIONAL CHRISTIAN CHURCH, a California nonprofit corporation; THOMAS ("KIP") McKEAN, an individual; THE ESTATE OF CHARLES "CHUCK" | Case No. 2:23-cv-00664-ODW-PLA(x)<br><br>**STATUS REPORT RE SERVICE** |

| | |
|---|---|
| 1 | LUCAS; AL BAIRD, an individual; JOE GARMON, SR. an individual and DOES 1 through 100, inclusive, |
| 2 | |
| 3 | |
| 4 | Defendants. |

5
6
7
8
9
10
11
12       **[REMAINDER PAGE INTENTIONALLY LEFT BLANK]**
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiffs JANE ROE 1, JANE ROE 2, (collectively, "Plaintiffs") hereby submit this Status Report regarding service as requested by the Court's Minute Order dated April 3, 2023 (DKT No. 26).

1. Defendant International Churches of Christ, Inc. has not yet been served. Based upon diligent inquiries conducted by their counsel, Plaintiffs are informed and believe that the entity known as the "International Churches of Christ" ("ICOC") is not a corporation. Rather, it appears to be an "unincorporated association" (within the meaning of Cal. Corp. Code § 18035). More particularly, ICOC appears to operate as a "nonprofit association" (within the meaning of Cal. Corp. Code § 18020). Plaintiffs have not yet determined whether ICOC operates under a "governing document" (within the meaning of Cal. Corp. Code § 18008). Consequently, the complaint in this case will either need to be amended to state the correct status of ICOC or ICOC will need to be served as a DOE Defendant. Plaintiffs' counsel are conducting searches to determine whether or not ICOC has recorded in any county in California a "statement of authority" (within the meaning of Cal. Corp. Code, § 18120). Because the records of unincorporated associations are not searchable online, Plaintiffs' counsel are also submitting to the office of the California Secretary of State written requests to determine whether or not ICOC has ever filed with the California Secretary of State either (1) a statement designating the location and complete street address of the unincorporated association's principal office in this state or (2) a statement designating an agent of the association for service of process. Simultaneously, Plaintiffs' counsel are conducting inquiries to determine whether ICOC utilizes the services of a president, secretary, or other comparable officers or if there is a person specifically designated by a resolution adopted by ICOC or by a committee or other body or person authorized to act by the governing principles of the ICOC upon whom service can be effected. This process may require that Plaintiffs counsel obtain written discovery or take depositions of parties to this action if the requisite information is not secured in the course of mandatory F.R.C.P. Rule 26 disclosures on the part of other named defendants.

2. Defendant The International Christian Church, Inc. ("ICC") was served with a Notice and Acknowledgment of Receipt of Summons and Complaint (DKT No. 23), filed on March 29, 2023. On May 1, 2023 Counsel for Defendant ICC filed a stipulation to extend time to respond to May 31, 2023 (DKT No. 35). The Court signed and entered an Order granting the stipulation on May 8, 2023 (DKT No. 38).

3. Defendant Hope Worldwide, Ltd. was served with a Notice and Acknowledgment of Receipt of Summons and Complaint (DKT No. 21), filed on March 27, 2023. On April 28, 2023 Hope's attorney filed a Joint Stipulation to Extend Time to Respond to Initial Complaint by no More Than 30 Days (DKT No. 32). The Court signed and entered an Order granting the stipulation extending time to respond to May 31, 2023 on May 1, 2023 (DKT No. 33).

4. Defendant Mercyworldwide ("Mercy") was served with a Notice and Acknowledgment of Receipt of Summons and Complaint (DKT No. 25), filed on March 27, 2023. On May 1, 2023 Counsel for Defendant ICC filed a stipulation to extend time to respond to May 31, 2023 (DKT No. 35). The Court signed and entered an Order granting the stipulation on May 8, 2023 (DKT No. 38).

5. Defendant City of Angels Christian Church ("City") was served with a Notice and Acknowledgment of Receipt of Summons and Complaint (DKT No. 24), filed on March 27, 2023. On May 1, 2023 Counsel for Defendant ICC filed a stipulation to extend time to respond to May 31, 2023 (DKT No. 35). The Court signed and entered an Order granting the stipulation on May 8, 2023 (DKT No. 38).

6. On March 8, 2023 Plaintiffs' counsel sent to Anthony Fernandez of Quinteros, Prieto, Wood & Boyer, P.A. (the attorneys for Thomas "Kip" McKean) a complete set of initial documents along with a Waiver of Service of Summons. Plaintiffs' counsel has advised Mr. Fernandez of Plaintiffs' intention to amend the Complaint within the next thirty (30) days. Mr. Fernandez has responded that he will hold off on accepting service until the First Amended Complaint has been filed.

7. A default by clerk has been entered on defendant The Estate of Charles

"Chuck" Lucas.

8. On April 20, 2023 Plaintiff's Counsel sent to Byron J. McLain of Foley & Lardner LLP (attorneys for Al Baird) a complete set of initial documents along with a Notice and Acknowledgment. The executed Notice and Acknowledgment was filed with the court on May 4, 2023 (DKT No. 36). On May 11, 2023 attorneys for Baird filed a joint stipulation extending Baird's time to respond to June 22, 2023 (DKT No. 39). The Court signed and entered an Order granting the stipulation to extend time to respond on May 12, 2023 (DKT No. 40).

9. Joe Garmon, Sr. ("Garmon") was personally served on February 24, 2023 a proof of service was filed with the court (DKT No. 11). On April 28, 2023 Alexander F. Giovanniello attorney for Garmon filed a joint stipulation extending Garmon's time to respond to May 31, 2023 (DKT No. 31). The Court signed and entered an Order granting the stipulation to extend time to respond on May 1, 2023 (DKT No. 34).

**SAMINI BARIC KATZ LLP**

Date: May 19, 2023   By:   /s/ Bobby Samini
                                    Bobby Samini, Esq.
                                    Michael Katz, Esq.
                                    Steve Baric, Esq.
                                    John S. Oney, IV, Esq.
                                    Attorneys for Plaintiffs

**PROOF OF SERVICE**

STATE OF CALIFORNIA)
COUNTY OF ORANGE)

    I am employed in Orange County. My business address is 650 Town Center Drive, Suite 1500, Costa Mesa, CA 92626, where this mailing occurred. I am over the age of 18 years and am not a party to this cause. I am readily familiar with the practices of SAMINI BARIC KATZ LLP for collection and processing of correspondence for mailing with the United States Postal Service.

    Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

    On May 19, 2023, I served the foregoing documents on the interested parties in this action entitled as follows:

**STATUS REPORT OF SERVICE**

**SEE ATTACHED SERVICE LIST**

[ ]   (**BY MAIL**) I placed such envelope for collection and mailing on this date following ordinary business practices.

[ ]   (**BY PERSONAL SERVICE**) I caused to be hand delivered such envelope to the addressee so indicated.

**[XX] (BY THE COURT'S ECF SYSTEM)**: I caused each such document(s) to be transmitted electronically by posting such document electronically to the ECF website of the United States District Court for the Central District of California, on all ECF-registered parties in the action.

[]   (**BY EMAIL**) I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such documents(s) is/are to be served at the email address(es) shown above as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and I did not receive an email response upon sending such email indicating that such email was not delivered.

[XX] (**FEDERAL**) I declare that I am employed in the office of a member of the bar of this court at whose direction the services was made.

    Executed on May 19, 2023, at Costa Mesa, California.

                                      /s/ *Griselda Alfaro*
                                      Griselda Alfaro

# SERVICE LIST

| | |
|---|---|
| Andrew J. Waxler, Esq.<br>John T. Lupton, Esq.<br>Madeleina Halley, Esq.<br>Tad A. Devlin<br>KAUFMAN DOLOWICH & VOLUCK, LLP<br>21515 Hawthorne Blvd., Suite 450<br>Torrance, CA 90503<br>Telephone: 310-525-9720<br>Fac: 805-388-3414<br>awaxler@kdvlaw.com<br>jlupton@kdvlaw.com<br>mhalley@kdvlaw.com<br>tdevlin@kdv.com | *Attorneys for Defendant, HOPE WORLDWIDE, LTD.* |
| Alexander F. Giovannniello<br>Martin R. Boags<br>GIOVANNIELLO LAW GROUP<br>One Point Drive, Suite 300<br>Brea, CA 92821<br>Telephone: 714-364-4000<br>Fax: 714-364-4001<br>Email: service@giolawgroup.com | *Attorneys for Defendant, JOE GARMON, SR.* |
| Mindee J. Stekkinger<br>BEACH LAW GROUP<br>500 E. Esplanade Drive, Suite 1400<br>Oxnard, California  93036<br>Telephone:(805)388-3100<br>Fax:(805)388-3414<br>Email: mail@beachlawgroup.com | *Attorneys for Defendants, CITY OF ANGELS INTERNATIONAL CHRISTIAN CHURCH, THE INTERNATIONAL CHRISTIAN CHURCH, INC., and MERCYWORLDWIDE* |